# *United States District Court*
## CRIMINAL MINUTES - SENTENCING

| | | | |
|---|---|---|---|
| Time Commenced | 9:08 am | Case No. | 3:23-cr-00024-MCR |
| Time Concluded | 10:27 am | Date | January 7, 2025 |

**DOCKET ENTRY: SENTENCING HEARING for DEFENDANT KEVIN PAUL MCMAINS:** Sentence imposed as to Counts 1, 2, 3: Custody of BOP for a total term of 33 months; Supervised Release for 2 years; fine waived, restitution $779,680.18, and SMA of $300 (due immediately). Surrender date TBD to give defendant time to complete medical procedures deemed necessary. SEE FORMAL JUDGMENT.

PRESENT:    HONORABLE    **M. CASEY RODGERS**    U.S. DISTRICT JUDGE

| Alicia Forbes | Zachary Link | Heidi Doogan | Barbara Rogers |
|---|---|---|---|
| Asst US Attorney | Probation Officer | Court Reporter | Deputy Clerk |

**U.S.A. v DEFENDANT LISTED BELOW**          **ATTORNEY FOR DEFENDANT**

(1) **KEVIN PAUL MCMAINS**          (1) **RANDALL LOCKHART**

✓ Present ___ Custody ✓ O/R          ✓ Present ✓ Appointed ___ Retained

**PROCEEDINGS:**

✓ DEFT has read the presentence investigation (PSR) report and has discussed it with his attorney.

✓ DEFT adjudicated Guilty of Counts: 1, 2, 3          SENTENCE IMPOSED:

✓ DEFT remanded to the custody of the Bureau of Prisons on Counts:

> 1: imprisonment for a term of 33 months
> 2: imprisonment for a term of 33 months
> 3: imprisonment for a term of 33 months

Sentences to run concurrently, one with the other.

✓ Court recommends place of incarceration at or near: FPC Montgomery, AL or another FPC as close to Pensacola, FL as possible.

___ Additional recommendations:

___ Residential Drug Abuse Program (RDAP) while in custody of BOP
___ Complete Drug Education Classes & Participate in BOP's nonresidential drug abuse treatment program.
___ Deft identified as needing substance abuse treatment both during incarceration and at a reentry center.
___ Complete GED classes.
___ Mental Health Evaluation and/or Treatment while in the custody of BOP.
___ Sex Offender Treatment Programming.
___ Cognitive Behavioral Therapy Programming.
___ Other:

✓ FINE PAYMENT:    ✓ Fine: waived    ✓ Restitution: $779, 680.18          ✓ SMA of $300, due immediately

**SENTENCING MINUTES CONTINUED**

**S/R or PROBATION.  DEFT is under:**

✓    Supervised Release for a total period of 2 years as to all counts, to run concurrently

_____    Probation for a period of       years.

_____    Home Detention of       months w/following conditions:

**With the following special conditions or modifications:**

_____    DEFT shall cooperate with the US Probation Officer and the Bureau of Immigration and Customs Enforcement regarding Immigration status. If deported, Deft shall not re-enter the United States without permission of the Attorney General or the Secretary of the Dept. of Homeland Security.

_____    DEFT shall submit to testing for the use of illegal controlled substances or alcohol to excess.

_____    DEFT shall be evaluated for substance abuse and mental health and referred to treatment as determined necessary through an evaluation process.  Treatment is not limited to, but may include participation in a Cognitive Behavioral Therapy program

_____    DEFT is NOT subject to drug testing–this condition is suspended based upon the Court's determination.

_____    DEFT shall participate in a program of mental health treatment.

_____    DEFT shall provide requested financial information to the U.S. Probation Officer.

_____    DEFT shall make any unpaid fine/restitution on a payment schedule to be determine by U.S. Probation.

_____    DEFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments

_____    DEFT shall not open new lines of credit or charges w/o USPO's approval or until restitution is satisfied

_____    DEFT shall not transfer or dispose of any assets w/o USPO's approval or until restitution is satisfied.

_____    DEFT shall submit to standard search of their person, property, house, vehicle, papers, computers by USPO.

✓    ADDITIONAL TERMS: Restitution shall be paid in monthly installments of not less than $1,000, to commence within one month after release from custody.

**Custody Status:**

_____    DEFT committed to the custody of the U.S. Department of Justice.

✓    DEFT to surrender to USMS or designated institution at his own expense after notification of his medical appointment on May 2, 2025.

_____    DEFT remains on bond with ___ the same terms and conditions or ___ modified terms as follows: _____.

_____    DEFT is released after meeting with Probation Officer.

**Other:**

✓    Plea Date: October 25, 2023

_____    Remaining count(s)       is/are dismissed on government motion.

✓    Court informs Deft of right to appeal.

    ___ Deft requests that the Clerk of Court file a notice of appeal on his/her behalf.

✓    DEFT addresses the Court.

✓    NO FORFEITURE      ___ PRELIMINARY ORDER OF FORFEITURE entered on   (doc. # )